UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/2021
```

NABI WAHAB,

                Plaintiff,

-against-

MARK OLEARY and VALIANT CONTRACTING, LLC,

                Defendant.

1:19-cv-09478-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

        The Court is in receipt of a letter from the parties informing the Court that the parties have reached a settlement in principle [ECF No. 26].  Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if a settlement agreement has not been executed if the application to restore the action is made by **February 25, 2020**.  If no such application is made by that date, today's dismissal of the action is with prejudice.  *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

**Date:  January 26, 2021**
**New York, NY**

                              */s/ Mary Kay Vyskocil*
                              **MARY KAY VYSKOCIL**
                              **United States District Judge**